UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BURNET POWELL,

    Petitioner,

v.

Case No. 17-cv-11756
Hon. Matthew F. Leitman

JACK KOWALSKI,1 WARDEN,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on February 10, 2020,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **GRANTED**.

        DAVID J. WEAVER
        CLERK OF COURT

    By:    s/Holly A. Monda
        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 10, 2020
Flint, Michigan

---

1 The Court amends the caption to reflect the name of Powell's current warden. *See* Rule 2(a) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254.